UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONA ICE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MEZA, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05482-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

　　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 21, 2017

_____
WILLIAM H. ORRICK
United States District Judge